11-3639  David Stebbins v. Reliable Heat & Air, LLC, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 12/06/2011

**Case Name:**   David Stebbins v. Reliable Heat & Air, LLC, et al
**Case Number:**  11-3639

**Docket Text:**
Civil case docketed. [3856447] [11-3639]

**The following document(s) are associated with this transaction:**
Document Description:  None

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. Gary W. Allman: garywallman@gmail.com
Ms. Jeannine Rankin: jeannine_rankin@mow.uscourts.gov
Mr. David Anthony Stebbins: stebbinsd@yahoo.com
Ms. Ann Thompson: