# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-3639

David Anthony Stebbins

Appellant

v.

Reliable Heat & Air, LLC and Randal Richardson

Appellees

_____

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:10-cv-03305-RED)
_____

**ORDER**

Appellant's brief was due on January 25, 2012, but has not been filed. It is hereby ordered that appellant show cause, within fourteen (14) days of the date of this order, why this appeal should not be dismissed for failure to prosecute.

See 8th Cir. R. 3C.

February 09, 2012

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans