UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| DAVID STEBBINS | ) | |
|     Appellant | ) | |
| VS. | ) | |
| RANDALL RICHARDSON & | ) | Case No. 11- |
| RELIABLE HEAT & AIR, LLC | ) | |
|     AppelleeS | ) | |
| _____ | ) | |

## NOTICE OF CHANGE OF ADDRESS

I, *pro se* Plaintiff David Stebbins, do hereby notify the Court that I now have the contact information stated below.

So stated this 15th day of March, 2012.

By /s/ David Stebbins
David Stebbins
810 Ash. St.,
APT #3
Harrison, AR 72601
870-204-6165
stebbinsd@yahoo.com

## CERTIFICATE OF SERVICE

Pursuant to 8th Cir. Local Rule 25B, I hereby certify that a true and correct copy of this Notice was served on Appellee by allowing its counsel to view it on ECF.

By /s/ David Stebbins
David Stebbins
810 Ash. St.,
APT #3
Harrison, AR 72601
870-204-6165
stebbinsd@yahoo.com
