11-3639  David Stebbins v. Reliable Heat & Air, LLC, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 03/27/2012

**Case Name:** David Stebbins v. Reliable Heat & Air, LLC, et al
**Case Number:** 11-3639

**Docket Text:**
**BRIEF FILED** - APPELLANT BRIEF filed by Mr. David Anthony Stebbins , w/service 03/27/2012 (Via USCA8) Length:25 pages
**Brief of Reliable Heat & Air, LLC and Randal Richardson due on 04/26/2012** [3894485] [11-3639]

**The following document(s) are associated with this transaction:**
Document Description:  brief filed

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. Gary W. Allman: garywallman@gmail.com
Mr. David Anthony Stebbins: stebbinsd@yahoo.com