11-3639  David Stebbins v. Reliable Heat & Air, LLC, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 05/01/2012

**Case Name:**   David Stebbins v. Reliable Heat & Air, LLC, et al
**Case Number:**   11-3639

**Docket Text:**
**BRIEF FILED** - APPELLANT REPLY BRIEF filed by Mr. David Anthony Stebbins, w/service by USCA8 05/01/2012 Length: 3 pages
[3907028] [11-3639]

**The following document(s) are associated with this transaction:**
Document Description:  Brief filed

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. Gary Wayne Allman: garywallman@gmail.com
Mr. David Anthony Stebbins: stebbinsd@yahoo.com