11-3639  David Stebbins v. Reliable Heat & Air, LLC, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 04/27/2012

**Case Name:**   David Stebbins v. Reliable Heat & Air, LLC, et al
**Case Number:**   11-3639

**Docket Text:**
Paper copies Appellee/Respondent brief, [3904301-2] filed by Reliable Heat & Air, LLC and Mr. Randal Richardson 10 copies paper copies received. w/Addendum attached [3907094] [11-3639]

**The following document(s) are associated with this transaction:**
Document Description:  None

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. David Anthony Stebbins: stebbinsd@yahoo.com