Dear 8th Circuit Court of Appeals,

       Please find my re-filed petition for en banc rehearing. Upon filing the first petition, I realized that I had accidentally filed an earlier version of the petition that I had made changes to. Please accept this filing instead.

*David Stebbins*
David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| DAVID STEBBINS )<br>    Appellant )<br>VS. )<br>RANDALL RICHARDSON & )<br>RELIABLE HEAT & AIR, LLC )<br>    Appellees )<br>_____) | Case No. 11-3639 |

### CERTIFICATE OF SERVICE

I, *pro se* Appellant David Stebbins, hereby certify that a true and correct copy of my Reply Briefing was served on Appellees by allowing their counsel to view the document on ECF, which is allowed under Local Rule 25(d).

> David Stebbins
> 123 W. Ridge St.,
> APT D
> Harrison, AR 72601
> 870-204-6516
> stebbinsd@yahoo.com