# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-3639

David Anthony Stebbins

Appellant

v.

Reliable Heat & Air, LLC and Randal Richardson

Appellees

___

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:10-cv-03305-RED)
___

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

August 15, 2012

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans